# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**621**

**CAF 12-00092**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF JULIE K.
----------------------------------------
SHERIE L.D., PETITIONER-APPELLANT;

ORDER

LIVINGSTON COUNTY DEPARTMENT OF SOCIAL
SERVICES, RESPONDENT-RESPONDENT.

---

JEANNIE D. MICHALSKI, CONFLICT DEFENDER, GENESEO (P. ADAM MILITELLO OF COUNSEL), FOR PETITIONER-APPELLANT.

JOHN T. SYLVESTER, GENESEO, FOR RESPONDENT-RESPONDENT.

----------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered December 5, 2011 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of a prior order of disposition.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: June 7, 2013                    Frances E. Cafarell
                                         Clerk of the Court